# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                     Magistrate No. __22-1033__

    v.

THOMAS KOPANYI

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    IT IS on this __17th__ day of __February__, 2022 ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

                                   /s/ Matthew J. Skahill
                                   HONORABLE MATTHEW J. SKAHILL
                                   UNITED STATES MAGISTRATE JUDGE